IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Walker, Zetta S | Case Number:  07 B 14294 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  8/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: October 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,315.37 | |
| Secured: | | 59.53 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,184.34 |
| Trustee Fee: | | 71.50 |
| Other Funds: | | 0.00 |
| Totals: | 1,315.37 | 1,315.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,914.00 | 1,184.34 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Fairlane Credit L.L.C. | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 900.00 | 0.00 |
| 5. | City Of Chicago | Secured | 465.00 | 59.53 |
| 6. | EMC Mortgage Corporation | Secured | 19,860.29 | 0.00 |
| 7. | Cavalry Portfolio Services | Unsecured | 1,474.17 | 0.00 |
| 8. | Verizon Wireless Midwest | Unsecured | 1,366.72 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 280.00 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 2,831.10 | 0.00 |
| 11. | Chase Bank | Unsecured | 703.53 | 0.00 |
| 12. | City Of Chicago | Unsecured | 146.92 | 0.00 |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 18. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |
| 19. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | GC Services | Unsecured | | No Claim Filed |
| 22. | Medshuttle | Unsecured | | No Claim Filed |
| 23. | National Action Financial Services | Unsecured | | No Claim Filed |
| 24. | Emergency Healthcare Physicians | Unsecured | | No Claim Filed |
| 25. | TekCollect | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Walker, Zetta S

Printed: 9/3/08

Case Number: 07 B 14294
Judge: Wedoff, Eugene R
Filed: 8/8/07

| | | | | |
|---|---|---|---|---|
| 26. | Business Office Solutions | Unsecured | | No Claim Filed |
| 27. | Triad Financial Services | Unsecured | | No Claim Filed |
| 28. | Education Direct | Unsecured | | No Claim Filed |
| 29. | TRS Services | Unsecured | | No Claim Filed |
| 30. | Ustelcom | Unsecured | | No Claim Filed |
| 31. | TRS Services | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | TRS Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,941.73 | $ 1,243.87 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 68.75 |
| 6.5% | 2.75 |
| | _____ |
| | $ 71.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

